# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEFFREY WILSON | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 11-2212 |
| THOMAS WALKER, ET AL. | : | |

## ORDER

**AND NOW**, this 17th day of May, 2011, for the reasons stated in my Memorandum Opinion, it is ORDERED that Plaintiff's Motion to Remand *(Doc. No. 4)* is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**Paul S. Diamond, J.**